TJT:hkp

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CAS**00-6275**

FILED by _____ D.C.

SEP 2 1 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

IN RE: GRAND JURY 00-01 FTL          )    **CR-HURLEY,**
                                     )
_____)    **MAGISTRATE JUDGE**
                                              **VITUNAC**

**ORDER TO SEAL**

This cause comes before the Court on the Government's Motion to Seal. Considering the

grounds raised in said motion, and the Court being otherwise advised in the premises,

**IT IS HEREBY ORDERED** that the Indictment, Penalty Sheet, Certificate of Trial Attorney,

Arrest Warrant, Bond Recommendation Sheet, Motion to Seal, and this Sealing Order in the above-

captioned matter shall be sealed (except for copies to be used by law enforcement personnel during

execution of their official duties in the investigation) and shall remain sealed in the custody of the Clerk

of the Court until such time as the defendant is arrested.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this _21_ day of September,

2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc:    AUSA Terrence J. Thompson

