TJT:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6275

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

FILED by _____ D.C.
SEP 21 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CR-HURLEY

MAGISTRATE JUDGE
VITUNAC

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RAMON NORTHCUT,

Defendant.

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about August 24, 2000, at Broward County, in the Southern District of Florida, the defendant,

RAMON NORTHCUT,

having previously been convicted of a felony drug offense, did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT II

On or about August 30, 2000, at Broward County, in the Southern District of Florida, the defendant,

## RAMON NORTHCUT,

having previously been convicted of a felony drug offense, did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT III

On or about September 1, 2000, at Broward County, in the Southern District of Florida, the defendant,

## RAMON NORTHCUT,

having previously been convicted of a felony drug offense, did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, marijuana, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT IV

On or about September 1, 2000, at Broward County, in the Southern District of Florida, the defendant,

## RAMON NORTHCUT,

having previously been convicted of a felony drug offense, did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance

containing a detectable amount of cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
v.

RAMON NORTHCUT

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***
Superseding Case Information:

New Defendant(s)          Yes ___ No ___
Number of New Defendants  ___
Total number of counts    ___

**Court Division**: (Select One)

___ Miami    ___ Key West
X   FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) No
   List language and/or dialect    English

4. This case will take  2  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days      X        Petty       ___
   II   6 to 10 days    ___       Minor       ___
   III  11 to 20 days   ___       Misdem.     ___
   IV   21 to 60 days   ___       Felony       X
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) ___ No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) ___ No

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _Yes  X_ No  If yes, was it pending in the Central Region? _Yes  X_ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes  X  No

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500063

*Penalty Sheet(s) attached                                    REV.6/27/00

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: RAMON NORTHCUT          NO. _____

**Count #I:  21 U.S.C. § 841(a)(1) Possess with Intent to Distribute "Crack" Cocaine**

**\*Max. Penalty: 30 years' imprisonment; $2,000,000 fine**

**Count #II:  21 U.S.C. 841(a)(1) Possession with Intent to Distribute "Crack" Cocaine**

**\*Max. Penalty: 30 years' imprisonment; $2,000,000 fine**

**Count #III:  21 U.S.C. 841(a)(1) Possession with Intent to Marijuana**

**\*Max. Penalty: 30 years' imprisonment; $2,000,000 fine**

**Count #IV: 21 U.S.C. 841(a)(1) Possession with Intent to Distribute "Crack" Cocaine**

**\*Max. Penalty: 30 years' imprisonment; $2,000,000 fine**

**Count #:** _____

**Max. Penalty:** _____

**Count#:** _____

**\*Max. Penalty:** _____

**Count #:** _____

**\*Max. Penalty:** _____

**Count #:** _____

**\*Max. Penalty:** _____

**Count #:** _____

**\*Max. Penalty:** _____

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96