COURT MINUTES

MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Ramon Northcut (J)#     CASE NO: 00-6275-CR-Hurley

AUSA: Terry Thompson / Kathleen Rice     ATTNY: Mike Hursey (temp)

VIOL: 21:841; 18:2

AGENT:     BOND REC: PTD

PROCEEDING: Initial Appearance

COUNSEL APPOINTED:

BOND HEARING HELD - yes/no

BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) _____ Halfway House
    _____ Electronic Monitoring

A - advised of charges

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 10-4-00 | 9:30am | WPB/Vitunac |
| PTD/BOND HEARING: | 10-6-00 | 9:30am | WPB/Vitunac |
| PRELIM/ARRAIGN. OR REMOVAL: | 10-6-00 | 9:30am | WPB/Vitunac |
| STATUS CONFERENCE: | | | |

DATE: 9-29-00    TIME: 11:00am    TAPE # 00-075    PG # 8

2450 - 2810