UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # _____

UNITED STATES OF AMERICA     )    Case Number: CR 00-6275-CR-Hurley
           Plaintiff         )    REPORT COMMENCING CRIMINAL
                             )    ACTION
      -vs-                   )
                             )
Ramon Northcut               )
           Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TO: Clerk's Office     MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 9/28  4:15p.  am/(pm)

(2) Language Spoken: English

(3) Offense(s) Charged: Poss. w/ Intent to Dist. Crack + M/S

(4) U.S. Citizen  [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 11/9/68

(6) Type of Charging Document:  (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SDFL.

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES  [X] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: N/A

(8) Date: 9/28/00    (9) Arresting Officer: Mihok

(10) Agency: DEA       (11) Phone: 489-1889

(12) Comments: