## COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 10/04/2000    TIME: 9:30 AM

DEFT. RAMON NORTHCUT (J)   CASE NO. 00-6275-CR-HURLEY/VITUNAC

AUSA. Lauren Jorgensen / TERRENCE THOMPSON   ATTY. APD - Peter Birch

AGENT. DEA   VIOL. 21:841(a)(1)

PROCEEDING: STATUS RE COUNSEL, ~~POSSIBLE ARRAIGNMENT & DETENTION~~   BOND. PTD (REQUESTED BY GOVT)

DISPOSITION: Status Re Counsel held only.
Deft present - sworn/test.
Deft states he cannot afford to retain counsel.
Court questions deft, finds him Indigent & appts FPD.
Detention & Arraignment set for 10-10-00 @ 9:30 AM before Judge Vitunac.

DATE: 10-4-00   TAPE: AEV 00-72-1