UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6275-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAMON NORTHCUT,

    Defendant.
_____/



## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

By: _____
    Martin J. Bidwill
    Assistant Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 868795
    400 Australian Avenue North
    Suite 300
    West Palm Beach, FL 33401
    Telephone: (561) 833-6288
    Fax: (561) 833-0368



## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was delivered this ____ day of October, 2000, to the United States Attorney's Office, 701 Clematis Street, West Palm Beach, Florida 33401.

_____
Martin J. Bidwill