UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6275-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

RAMON NORTHCUT,

   Defendant.
_____/



### ARRAIGNMENT INFORMATION SHEET

  The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on OCTOBER 10, 2000, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and court appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**  Address: IN CUSTODY

        Telephone no.: _____

**DEFENSE COUNSEL:** Name: FEDERAL PUBLIC DEFENDER

        Address: WEST PALM BEACH, FLORIDA

        Telephone no.: (561) 833-6288

BOND/SET/CONTINUED: $ PRETRIAL DETENTION WITHOUT PREJUDICE

/////PTD hrg held: YES_____ NO X  BOND/PTD hrg set for_____

Dated this __10__ day of __OCTOBER__, 2000.

            CLARENCE MADDOX, CLERK OF COURT

            By: _____
               Deputy Clerk

c: Courtroom Deputy, District Judge
  United States Attorney
  Defense Counsel
  United States Pretrial Service

Trial Memorandum
Page 2

      g.   provide the Court with proposed findings of fact and conclusions of law no later than the commencement of trial;

      h.   if the case or statutory law from jurisdictions other than those found in the Federal Reporter System, Southern Reporter System, Florida Statutes, or the United States Code applies, provide the Court with photocopies of all such applicable cases or statutes.

3.   In all civil cases explore the possibility of bifurcation of issues and present such possibility to the Court at the earliest opportunity.

4.   Court time may not be used for marking exhibits. In advance of each trial session, counsel for each party should show opposing counsel any exhibits intended for introduction during the course of the trial. The opponent shall indicate those exhibits to which there are no objections, and the Court will admit them when offered. Exhibits to which there are objections shall be presented to the Court for ruling before the opening of court on the day they are to be introduced. If possible, the Court will rule on the objections at that time, thereby eliminating the need for sidebar conferences. In criminal cases, counsel for the government and the defense should stipulate whenever possible to authenticity of evidence and to the chain of custody.

5.   Sidebar conferences will be kept to a minimum. This Court agrees with standard 5.9 of the Standards suggested by the American Bar Association Advisory Committee of the Judge's Function (1972) which states:

> The trial judge should be alert to the distracting effect on the jury during the taking of evidence of frequent bench conferences between counsel and the judge out of the hearing of the jury, and should postpone the requested conference to the next recess except when an immediate conference appears necessary to avoid prejudice.

6.   In criminal cases, counsel for the government is requested to turn over to defense counsel prior to each court session all material properly producible under 18 U.S.C. $3500 for witnesses who will testify at that session. This should be done far enough in advance of the court session to enable defense counsel to familiarize themselves with the

Trial Memorandum
Page 3

court time for defense counsel's review. If there is any question regarding whether the material is producible under §3500, counsel should bring the question to the Court's attention and obtain a ruling prior to the court session.

7. Proposed jury instructions must be submitted no later than the commencement of trial.

8. If any portion of a deposition is to be introduced at trial, such portions must be reduced to the minimum necessary. No discovery type questions or repetitive questions will be permitted. The party proposing to introduce any portion of a deposition is directed to disclose such portions to opposing counsel no later than the day before the expected offering of the deposition. Where a deposition is introduced in a jury trial, the deposition must be read from the witness stand.

9. If you intend to examine a witness about a group of documents, avoid delay by having all the documents with you when you begin your examination.

10. In those instances when you object in the presence of the jury, make your objection short and to the point. Do not argue the objection in the presence of the jury, and do not argue with the ruling of the Court in the presence of the jury. Do not make motions, for example a motion for a mistrial, in the presence of the jury. Such motions may be raised at the next available recess.

11. Instructions for trial exhibits.

    a. Each exhibit should be clearly marked on its face with the case number, the exhibit number, and the party offering the exhibit.

    b. Exhibits should be labelled - using numbers. Individual components of a composite exhibit may be numbered with letter suffixes, e.g. 1A, 1B, 1C, ....1Z. (A stationery store should be able to provide the party with the appropriate exhibit stickers.)

    c. Small exhibits must be put on a backing sheet.

    d. A file folder must be used for composite exhibits consisting of many components, and the outside of the file number must indicate which exhibits it contains.

Trial Memorandum
Page 4

e. Exhibits must be pre-marked, prior to the start of the trial. Counsel are requested to stipulate to the admission of as many exhibits as possible, and to offer into evidence all such stipulated exhibits at the start of the trial.

f. An exhibit list, in triplicate, must be handed to the Court no later than the commencement of trial. A standard form Exhibit list is attached hereto.

g. The exhibit list may not lump together under one number multiple exhibits which are to be introduced individually.

h. The number on the exhibit must match the number of the exhibit list.

i. The exhibit list, if the party is not using the Clerk's exhibit list form, should be double spaced between each description of an exhibit, and the margin of the exhibit list should not be less than one inch on each side.

j. Attorneys are responsible for maintaining exhibits in numerical sequence at all times during trial. After any particular exhibit is used by a witness (or published to the jury), it should be replaced in proper sequence.

k. Attorneys are further responsible for ensuring that all exhibits, one identified, remain in the courtroom for the remainder of the trial. Attorneys should use particular care to ensure that witnesses do not take exhibits with them when they leave.

l. At the end of each trial day, attorneys should check the exhibits to ensure that they are in numerical order, that none are missing, and that all exhibits intended to be offered at that point have, indeed, been offered.

m. Exhibits must be pre-marked, prior to the start of the trial. Counsel are requested to stipulate to the admission of as many exhibits as possible, and to offer into evidence all such stipulated exhibits at the start of trial.

Trial Memorandum
Page 5

    n.    At the end of the trial, all oversized exhibits (larger than 10"x12"x15"), as well as such exhibits as guns, jewelry, currency, drugs, explosives, will be returned to the party who introduced them.

    o.    The party who is receiving back such exhibits as described above, after the completion of the trial, is required to have photographs ready for substitution, to be put in place of the exhibits which are returned.

    p.    The United States Court of Appeals, Eleventh Circuit, requires that exhibits which are marked for identification be left with the court, so that these exhibits are available to the Court of Appeals if needed.

AO 187 (Rev. 4/82)

# EXHIBIT AND WITNESS LIST

| | vs. | | DISTRICT COURT |
|---|---|---|---|
| PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY | | DOCKET NUMBER |
| | | | TRIAL DATE(S) |
| PRESIDING JUDGE | COURT REPORTER | | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |