# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 10/10/2000   TIME: 9:30 AM

DEFT. RAMON NORTHCUT ✓ (J)   CASE NO. 00-6275-CR-HURLEY/VITUNAC

AUSA. ~~Bruce Reinhart~~ TERRENCE THOMPSON   ATTY. Marty Biscaill ✓ FEDERAL PUBLIC DEFENDER

AGENT. DEA   VIOL. 21:841(a)(1)

PROCEEDING ARRAIGNMENT & ~~DETENTION~~   BOND. PTD (REQUESTED BY GOVT)

DISPOSITION Arraignment held.
Deft present with counsel, waives formal reading of the Indictment & pleads not guilty. Std

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested, signed & distributed

Status/Disc. set for 11-13-00 @ 9:30 am before Judge Johnson.

Defense stipulates to temporary detention at this time & may request to have a PTD hearing at a later date.
Deft detained without prejudice.
Written order to follow.

DATE: 10-10-00   TAPE: AEV 00-73-1193