UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6275-CR-Hurley/Vitunac



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAMON NORTHCUT,

    Defendant.

_____/

## PRETRIAL TEMPORARY DETENTION ORDER

This Court, pursuant to 18 U.S.C. § 3142, commonly known as the Bail Reform Act of 1984, hereby ORDERS the Defendant, RAMON NORTHCUT, **TEMPORARILY DETAINED FOR TEN (10) DAYS** pursuant to the provisions of Sections (d) and (f).

On October 10, 2000, the Defendant, RAMON NORTHCUT, appeared for his detention hearing represented by Marty Bidwell, Esquire. NORTHCUT is charged with a drug offense punishable by in excess of ten (10) years in prison. The Defendant at this time waived any right to a detention hearing. NORTHCUT agrees to be temporarily detained by this Court until such time as he is ready to proceed with a pretrial detention hearing.

This Court finds that the presumption of detention applies in this case and orders the Defendant, NORTHCUT, detained without prejudice to apply to the Court for a bail.

Considering the foregoing, it is hereby ORDERED as follows:

(1)    Defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be

    detained for TEN (10) DAYS excluding Saturdays, Sundays, and holidays.

(2) The Government is hereby directed to notify the appropriate court, probation or parole official, or State or local law enforcement official, or the appropriate official of the Immigration and Naturalization Service regarding Defendant's current status.

(3) Defendant is detained without prejudice and may at any time petition this Court to reconsider this order of detention.

(4) The Court also directs that the defendant be afforded reasonable opportunity for private consultation with counsel; and the Court directs that, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

  DONE and ORDERED in Chambers at West Palm Beach in the Northern Division of the Southern District of Florida, this _10_ day of October, 2000.

                 _____
                  ANN E. VITUNAC
                  United States Magistrate Judge

Copies to:
AUSA (WPB)
FPD - Marty Bidwell (WPB)
U.S. Marshal
U. S. Pretrial Services