AO 442 (Rev. 12/85) Warrant for Arrest    AUSA TERRENCE J. THOMPSON    DEA S/A Troy Mihok 489-1889

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA    509948

UNITED STATES OF AMERICA

V.

RAMON NORTHCUT

## WARRANT FOR ARREST

CASE NUMBER: **00-6275-CR-HURLEY**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RAMON NORTHCUT _____
                                             Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   possession with intent to distribute "crack" cocaine; and possession with intent to distribute marijuana

in violation of Title 21 & 18 United States Code, Section(s) 841(a)(1) and 2

CLARENCE MADDOX
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $ Pre-trial Detention Recommended

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

September 21, 2000, Fort Lauderdale, Florida
Date and Location

by _[signature] Lurana S. Snow_ , U.S. Magistrate Judge
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at
Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/21/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | Edward Purchase, SDUSM |
| DATE OF ARREST<br>9/29/00 | | |