U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 11/13/00   TIME: 9:30 AM.

DEFT. RAMON NORTHCUT (J)   CASE NO. 00-6275-CR-HURLEY/VITUNAC
(Defendant not needed)
AUSA. *Ellen Cohen for* TERRENCE THOMPSON   ATTY. *Peter Birch for* MARTIN BIDWILL, AFPD

AGENT. TROY MIHOK - DEA   VIOL. PWID CRACK COCAINE, MARIJUANA
21:841(a)(1), 18:2

PROCEEDING STATUS CONFERENCE   BOND. STIPULATED PTD

DISPOSITION  Defense has most of the discovery. No pending motions at present. Awaiting lab results. Will probably be a plea.

DATE: 11/13/00   TAPE: LRJ-00- 100-2940