# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 12/14/00   TIME: 9:30 AM

DEFT. RAMON NORTHCUT (J)   CASE NO. 00-6275-CR-HURLEY/VITUNAC

AUSA. TERRENCE THOMPSON   ATTY. MARTY BIDWILL, AFPD

AGENT. TROY MIHOK - DEA   VIOL. PWID CRACK COCAINE, MARIJUANA
21:841(a)(1), 18:2

PROCEEDING PRETRIAL DETENTION   BOND. TEMP PTD

FILED by ___ D.C.
DEC 14 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

DISPOSITION   Trial set 1/2/01

Defense counsel waived Defendant's presence. Agreed bond set @ $100,000 PSB cosigned by girlfriend (Precious Mills). Restricted to SD/Pk. Report to PTS 1xwk in person + 1xwk by phone, Submit to drug screening; Maintain gainful employment. No firearms. (Employment not to be inconsistent with obligations of this bond). Matter reset to 12/18/00 @ 9:30 am if in order to be advised of bond conditions. Girlfriend has until 12/15/00 to cosign bond.

DATE: 12/14/00   TAPE: LRJ-00-111-2041