UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6275-CR-DTKH/AEV

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Ramon Northcut,
    Defendant.

_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

Court hereby sets bond as agreed as follows: $100,000 15B cosigned by girlfriend. Restricted to SD/Fla, Report to Pretrial Services 1x/wk in person + 1x/wk by phone; submit to drug screening; Maintain gainful employment; No firearms. Matter reset to 12/18/00 @ 9:30 am to be advised of bond conditions.

**DONE AND ORDERED** at West Palm Beach, Florida this 14th day of Dec, 20 00.

TAPE NO: LRJ-00-111-2041

_____
CHIEF U.S. MAGISTRATE JUDGE
LINNEA R. JOHNSON

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal