# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**    DATE: 12/18/00    TIME: 9:30 AM

DEFT. RAMON NORTHCUT (B)             CASE NO. 00-6275-CR-HURLEY/VITUNAC

AUSA. *Janice LaClanche for* TERRENCE THOMPSON    ATTY. MARTY BIDWILL, AFPD

AGENT. TROY MIHOK - DEA              VIOL. PWID CRACK COCAINE, MARIJUANA
                                           21:841 (a)(1), 18:2

PROCEEDING: ADVISEMENT OF BOND CONDITIONS    BOND. $100,000 PSB

DISPOSITION: Defendant advised of rights. Court modified bond by omitting the requirement of a cosigner.

DATE: 12/18/00                        TAPE: LRJ-00- 112-777