UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6275-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAMON NORTHCUT,

    Defendant.

_____



    This cause came before the Court and pursuant to proceedings held, it is thereupon

    **ORDERED AND ADJUDGED** as follows:

*Court modified bond by omitting the requirement of a cosigner.*

    **DONE AND ORDERED** at West Palm Beach, Florida this __18th__ day of __December__, 20_00_.

TAPE NO: LRJ-00-_112-777_

                                     CHIEF U.S. MAGISTRATE JUDGE
                                     LINNEA R. JOHNSON

c: AUSA
   Defense Counsel, *Marty D. Jewill*
   Pretrial Services
   U.S. Marshal