UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6275-CR-HURLEY
Magistrate Judge Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAMON NORTHCUTT,

    Defendant.
_____/

## UNOPPOSED MOTION TO CHANGE ADDRESS

COMES NOW the defendant, by and through his undersigned attorney, and files his Unopposed Motion To Change Address, and states as follows:

1. The defendant is charged by indictment with narcotics related offenses.

2. The defendant is currently on bond and is being supervised by Pre-Trial Services officer Carol Sirotto in Fort Lauderdale.

3. At the time of the defendant's release he was unsure exactly where he would be living, and the bond papers reflect his sister April Northcutt's address at 4971 N.W. 15th Street, Lauderhill. The defendant has been living since his release with his girlfriend Shandra Wilder and their young child at 1531 N.W. 14th Court, Fort Lauderdale, Florida 33311.

4. The defendant has kept Pre-Trial Services informed as to his living arrangements and PTS officer Sirotto advises that the defendant is in compliance with all conditions of bond.



5. The defendant now seeks an order from the Court formally allowing him to live at 1531 N.W. 14th Court, Fort Lauderdale, Florida, 33311.

6. The undersigned has spoken with AUSA Terry Thompson about this motion. Mr. Thompson has authorized the undersigned to advise the Court that the Government has no opposition to the Court granting the motion.

WHEREFORE the defendant prays that the Court grant this motion and allow the undersigned to change his address as set out above.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
400 Australian Avenue North, #300
West Palm Beach, FL 33401
(561) 833-6288/833-0368(fax)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 18th day of January, 2001, to Terry Thompson, Assistant United States Attorney, 500 East Broward Boulevard, #700, Fort Lauderdale, Florida 33394; Carol Sirotto, Pre-Trial Services, 299 east Broward Boulevard, 3rd Floor, Fort Lauderdale, Florida 33301.

_____
Martin J. Bidwill

2