UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6275-CR-HURLEY
Magistrate Judge Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAMON NORTHCUTT,

    Defendant.

_____/

FILED by _____ D.C.
JAN 2 2 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

THIS MATTER having come before the Court upon the Defendant's Unopposed Motion To Change Address, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is hereby GRANTED. The defendant may change his address to 1531 N.W. 14th Court, Fort Lauderdale, Florida 33311.

DONE AND ORDERED this ____ day of January, 2001, at West Palm Beach, Florida.

DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

cc: Martin J. Bidwill, AFPD (WPB)
    Terry Thompson, AUSA (FTL)
    Carol Sirotto, Pre-Trial Services (FTL)