


## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE DANIEL T. K. HURLEY

================================================

Case No. **00-6275-CR**  Date **April 20, 2001**

Courtroom Deputy: James E. Caldwell     Court reporter: Pauline Stipes

Language Spoken: **English**     Defendant's Status: (~~Pretrial Detained~~ / Bond)

UNITED STATES OF AMERICA v. **Ramon Northcut**

AUSA: **Terrence J. Thompson**   DEFENSE COUNSEL: **AFPD Martin J. Bidwill**

TYPE OF HEARING: **Change of plea from not guilty to guilty as to Count I of the Superseding Indictment.**

RESULTS OF HEARING: **After an inquiry, the plea of guilty was accepted.**

Misc.: **Sentencing date set for Friday, July 6, 2001, at 2:30 p.m.**