UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6275-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

RAMON NORTHCUT,
    Defendant.
_____/

FILED by ____ D.C.
AUG - 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## NOTICE RESETTING HEARING

TAKE NOTICE that, by order of United States District Judge Daniel T. K. Hurley, the sentencing hearing in the above cited case has been reset for **Thursday, August 30, 2001, at 1:30 p.m.** before the Honorable Daniel T. K. Hurley at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

DATED THIS 9th day of August, 2001.

James E. Caldwell, Sr.
Courtroom Deputy

copy furnished:
AUSA Terrence J. Thompson
AFPD Martin J. Bidwill
United States Probation Office
United States Marshal Service