ps    UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

CASE NO: 00-6275-CR-HURLEY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RAMON NORTHCUT,

        Defendant.
_____/

### NOTICE OF APPEAL

Notice is hereby given that Ramon Northcut, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on the 31st day of August, 2001.

        Respectfully submitted,

        KATHLEEN M. WILLIAMS
        Federal Public Defender

By: _____
        Martin J. Bidwill
        Assistant Federal Public Defender
        Florida Bar No. 868795
        400 Australian Avenue North, Suite 300
        West Palm Beach, Florida 33401-5040
        Telephone: (561) 833-6288

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was served by U.S. mail this 10th day of September, 2001, upon Anne R. Schultz, Assistant United States Attorney, Chief of Appellate Division, 99 N.E. 4th Street, Miami, Florida 33132.

_____
Martin J. Bidwill