```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                    NORTHERN DIVISION


UNITED STATES OF AMERICA,        )   Docket No.
                                 )   00-6275-Cr-HURLEY
          Plaintiff,             )
                                 )   West Palm Beach, Fl
     v.                          )   August 30, 2001
                                 )   3:30 p.m.
RAMON NORTHCUT,                  )
                                 )
          Defendant.             )
                                 )
---------------------------------x
```

FILED by ____ D.C.
NOV 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

TRANSCRIPT OF SENTENCE HEARING
BEFORE THE HONORABLE DANIEL T.K. HURLEY

APPEARANCES:

For the Government:   TERRENCE THOMPSON, Assistant U.S.
                      Attorney.

For the Defendant:    MARTY BIDWELL, Assistant Federal Public
                      Defender.

Court Reporter:       Pauline A. Stipes CSR, RPR, RMR, CRR
                      United States Courthouse
                      West Palm Beach, FL  33401

Pauline A. Stipes
Official Court Reporter