```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                       WEST PALM BEACH DIVISION
```

UNITED STATES OF AMERICA,            CASE NO.  00-6275-CR-HURLEY

       Plaintiff,                  West Palm Beach, Florida
                                     April 20, 2001
  v.

RAMON NORTHCUT,

       Defendant.
_____X


          Transcript of Change of Plea had

      before the Honorable Daniel T.K. Hurley,

           United States District Judge.


APPEARANCES:

FOR THE GOVERNMENT:   TERRENCE J. THOMPSON, A.U.S.A.

FOR THE DEFENDANT:    MARTIN J. BIDWELL, A.F.P.D.


KIMBERLY V. MESFUN, RPR
OFFICIAL COURT REPORTER
301 N. Miami Avenue, Room 396
Miami, Florida  33128-7788
(305) 523-5631


Proceedings recorded by mechanical stenography, transcript produced by notereading.