# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

In Replying Give Number
Of Case And Names of Parties

January 23, 2002

Clarence Maddox
Clerk, U.S. District Court
701 Clematis St., Room 402
West Palm Beach FL 33401

RE: 01-15358-CC    USA v. Ramon Northcut
DC DKT NO.: 00-06275 CR-DTKH

*[FILED by JAN 25 2002, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. - W.P.B.]*

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Jenifer Tubbs (404) 335-6172

Encl.

DIS-4 (1-1999)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 01-15358-CC

UNITED STATES OF AMERICA,

          Plaintiff-Appellee,

versus

RAMON NORTHCUT,

          Defendant-Appellant.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE: ANDERSON, Chief Judge, and DUBINA, Circuit Judge.

BY THE COURT:

    Appellant's motion to dismiss this appeal with prejudice is GRANTED.

