UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6275-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

RAMON NORTHCUT,
    Defendant.
_____/



## ORDER SETTING HEARING

**THIS CAUSE** come before the court upon motion from the plaintiff, United States of America, for a reduction of sentence in the above styled case, pursuant to Rule 35(b), Federal Rules of Criminal Procedures. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. A hearing on this matter will be conducted on **Tuesday, July 11, 2006, at 9:00 a.m.** at the Palm Beach County Courthouse, 205 North Dixie Highway, Courtroom: TBD, West Palm Beach Florida. Counsel representing the parties should contact the courtroom, 561/803-3450, at least 48 hours prior to the hearing date for the assigned courtroom.

2. <u>The defendant's presence is not required.</u>

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this ____ day of June, 2006.

                                           Daniel T. K. Hurley
                                         United States District Judge

copy furnished:
AUSA Terrence J. Thompson
AFPD Dave Lee Brannon
United States Probation Office (WPB)
United States Marshal Service