UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6275-CR-HURLEY

UNITED STATES OF AMERICA

v.

RAMON NORTHCUT,

    Defendant.

_____/

### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE HEARING

The United States hereby files this Motion to Continue Hearing, as follows:

1. This matter is currently scheduled for a hearing on, July 11, 2006, regarding the government's motion for reduction of defendant's sentence pursuant to Rule 35(b), Federal Rules of Criminal Procedure. The undersigned has plans to be away from the Southern District of Florida from June 27 through July 14, 2006. The wife of the undersigned is away on active military duty with the United States Navy. Therefore, the undersigned had to make vacation plans well in advance and coordinate those dates with his wife's ability to obtain leave.

2. The undersigned will be available beginning July 17, 206. However, the undersigned will be in Federal Court in Miami, Florida during the afternoon of July 17, 2006 and in Fort Lauderdale, Florida during the morning of July 21, 2006.

3. The undersigned has contacted counsel for the defendant regarding this motion and the defense does not oppose the motion.



WHEREFORE, the United States respectfully requests that the scheduled hearing in this matter be continued.

                              Respectfully submitted,

                              R. ALEXANDER ACOSTA
                              UNITED STATES ATTORNEY

By: _____
      TERRENCE J. THOMPSON
      Assistant United States Attorney
      Court No. A5500063
      500 E. Broward Blvd., Suite 700
      Fort Lauderdale , Florida 33396
      Tel: (954) 356-7255 ext. 3557
      Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via telephone facsimile and mail this 15th day of June 2006 upon Assistant Federal Public Defender Robert N. Berube, On East Broward Blvd., Suite 1100, Fort Lauderdale, Florida 33301.

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY