UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6275-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

RAMON NORTHCUT,
    Defendant.
_____/



FILED by _____ D.C.
JUN 20 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER ON MOTION TO CONTINUE HEARING

THIS CAUSE come before the court upon motion from counsel representing the plaintiff in the above captioned case, filed July 11, 2006, to continue the Rule 35 hearing, presently set for July 11, 2006. Upon consideration, it is

**ORDERED** and **ADJUDGED**:

The motion to continue the hearing is **granted** / ~~denied~~. This matter is reset to FRIDAY, July 21, 2006, at 9:00 a.m. at the Palm Beach County Courthouse.

DONE and SIGNED in Chambers at West Palm Beach, Florida this __16__ day of June, 2006.

copy furnished:
AUSA Terrence J. Thompson
AFPD Dave Lee Brannon

Daniel T. K. Hurley
United States District Judge