UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6275-CR-HURLEY

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**RAMON NORTHCUT,**
    **Defendant.**
_____/

FILED by _____ D.C.
JUL 30 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING MOTION FOR A REDUCTION OF THE SENTENCE AND AMENDING THE JUDGMENT ORDER

**THIS CAUSE** come before the court upon motion filed by the plaintiff, United States of America, for a reduction of the sentence in the above captioned-case, based on substantial assistance, pursuant to Rule 35(b), Federal Rules of Criminal Procedures. The court reviewed the record and on July 21, 2006, conducted a hearing. Being fully advised in the premises, it is

**ORDERED** and **ADJUDGED** as follows:

1. The motion for a reduction of sentence is **granted**.

2. The sentence imposed on August 30, 2001, committing the defendant to the custody of the United States Bureau of Prisons for a total term of 1-8 months is **amended** by reducing the total term of imprisonment to a term of 72 months.

3. The Judgment Order shall be amended to read as follows:

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 72 months as to Count I of the Indictment.**



4. All remaining conditions of the Judgment Order shall remain in effect.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _28_ day of July, 2006.

Daniel T. K. Hurley
United States District Judge

**copy furnished:**
AUSA Terrence J. Thompson
AFPD Robert Berube
United States Marshal Service
United States Probation Office
United States Bureau of Prisons