# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

FILED by _____ D.C.
JUL 31 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

================================================

Case No. **00-6275-CR.**  Date: **July 21, 2006**
(Start Time: **9:15 a.m.**)  (End Time: **9:45 a.m.**)

Courtroom Deputy: James E. Caldwell   Court reporter: Pauline Stipes

Language Spoken: **English**   Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. **Ramon Northcut**

AUSA: **Terrence J. Thompson**   DEFENSE COUNSEL: **AFPD Robert Berube**

TYPE OF HEARING: **Rule 35 hearing.**

RESULTS OF HEARING: **The defendant's sentence was reduced to 72 months. All other terms are to remain unchanged.**

Misc.: _____